MONTIETH *v.* OREGON.

No. 1459, Misc.   Decided May 8, 1967.

*Howard R. Lonergan* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.